1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SANDRA QUINONES, individually and as successor in interest to BABY QUINONES, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ORANGE and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:20-CV-00666-JVS (KESx)<br>Assigned to: Hon. James V. Selna<br>Crt. Rm: 10C<br>Magistrate Judge: Karen E. Scott<br>Crt. Rm: 6D<br><br>**JUDGMENT RE: DISMISSAL WITH PREJUDICE**<br><br>Action Date:    4/6/20<br>Trial Date:      5/11/21 |

# **JUDGMENT**

The Court has granted Defendant County of Orange's Motion to Dismiss Plaintiff's First Amended Complaint and ruled that Plaintiff's claims are time barred by the statute of limitations. (Dkt. 24.) The parties have also entered into and filed the requested stipulation dismissing specified claims. (Dkt. 25.) Therefore, this action is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED AND ADJUDGED**

Dated: October 09, 2020

_____
Honorable James V. Selna, District Judge