Richard P. Herman  SBN: 053743
PRISONERS RIGHTS UNION
P. O. Box 53114
Irvine, CA 92619
Telephone: 714-547-8512
Facsimile:  949-209-2693
Email:rherman@richardphermanlaw.com

Nicholas P. Kohan    SBN: 257134
KOHAN & BABLOVE LLP
1101 Dove Street  Ste 220
Newport Beach, CA 92660
Telephone: 949-535-1341
Facsimile:  949-535-1449
Email:  nkohan@dkblawyers.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Sandra Quinones, Individually and as successor in interest to Baby Quinones, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> County of Orange,  and DOES 1-50, Inclusive, <br><br> Defendants. | CASE NO: 8:20-CV-00666- JVS (KESx) <br><br> Assigned for all Purposes: <br> Honorable James V. Selna <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff Sandra Quinones, Individually and as successor in interest to Baby Quinones, deceased in the above named case, hereby appeals to the United States Court of Appeals for the 9th  Circuit from a Judgment entered in this action on the 9th day of October 2020.

PLAINTIFFS NOTICE OF APPEAL
1

DATED: November 6, 2020      Respectfully submitted,

_____
RICHARD P. HERMAN
Prisoners Rights Union
NICHOLAS KOHAN

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid County of Orange, State of California;

I am over the age of 18 and not a party to the within action; my address is P. O. Box 53114, Irvine, California 92619. On November 6, 2020, I served the foregoing document, described as **Notice of Appeal  on** the interested parties in this action. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Zachary Schwartz Esq
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza Suite 1500
Irvine, CA 92614-8558
Telephone: 949-864-3400
Facsimile:  949-864-9000
Email:zachary.schwartz@knchlaw.com

   (X)     BY EMAIL: I caused all of the pages of the above-entitled document to be sent to the recipient noted at their email address indicated.

   (X)    I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the above is true and correct.  Executed on November 6, 2020 in Rancho Santa Margarita, California.

*Yesenia Chan*

_____
            Yesenia Chan

PROOF OF SERVICE 1